No. 238. CRESCENT CREAMERY, INC., ET AL. *v.* MILK CONTROL BOARD ET AL. Decided October 10, 1938. *Per Curiam:* The appeal herein is dismissed as it does not appear from the record that there is a final judgment. *J. Bacon & Sons* v. *Martin, Commissioner of Revenue,* 302 U. S. 642. Mr. *U. S. Lesh* for appellants. Mr. *Joseph W. Hutchinson* for appellees.

No. 243. CAMPBELL ET AL. *v.* ALDRICH ET AL. Decided October 10, 1938. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Phelps* v. *Board of Education,* 300 U. S. 319; *Dodge* v. *Board of Education,* 302 U. S. 74; *Groves* v. *Board of Education,* 303 U. S. 622. Mr. *Alfred E. Clark* for appellants. Mr. *W. Lair Thompson* for appellees.

No. 264. GARDNER *v.* MASSACHUSETTS;
No. 265. LORD-HEINSTEIN *v.* SAME;
No. 266. RAND *v.* SAME; and
No. 267. FERRIS *v.* SAME. Decided October 10, 1938. *Per Curiam:* The appeals herein are dismissed for the want of a substantial federal question. *Powell* v. *Pennsylvania,* 127 U. S. 678, 685; *Jacobson* v. *Massachusetts,* 197 U. S. 11, 26–27; *Graves* v. *Minnesota,* 272 U. S. 425, 428; *Lambert* v. *Yellowley,* 272 U. S. 581, 596. Messrs. *Robert G. Dodge* and *Harold S. Davis* for appellants. No appearance for appellee. Reported below: 15 N. E. 2d 222.